THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL EDWARD PRINDLE, Appellant.

Submitted January 19, 2010; decided February 11, 2010

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD RABB, Appellant.

Submitted February 8, 2010; decided February 11, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALBEIRO VALENCIA, Respondent.

Submitted February 8, 2010; decided February 11, 2010

Motion by New York State Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.